# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MICHAEL R. CREDILLE                                                                                      PETITIONER

v.                                              NO. 2:06CV00085 JMM

LINDA SANDERS, Warden, FCI                                                                       RESPONDENT
Forrest City, Arkansas

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The case at bar is dismissed without prejudice because it is identical to a pending case, that being, 2:05CV00264.

IT IS SO ORDERED this 26th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE